**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

ELVIS L. HILLIARD, RASTA K. WALID, and D.F.K.W., a minor,

Plaintiffs,

vs.

U.S. BANK TRUST, N.A., FAY SERVICING, LLC, BANK Of AMERICA, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., HALLIDAY, WATKINS & MANN, P.C., JASON J. HENDERSON, WRIGHT, FINLAY & ZAK, LLP, LUKASZ I. WOZNIAK, BROWNING, KALECZYC, BERRY & HOVEN, MARK D. ETCHART, CHRISTY S. MCCANN, NATHAN G. WAGNER, SIEFERT & WAGNER, PLLC, AMY EDDY, BRIAN MORRIS, DONALD W. MOLLOY, DANIELLE COFFMAN, MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES, MONTANA CHILD SUPPORT ENFORCEMENT DIVISION, ECHOE PAUL, MARCIE SICKELS, MONTANA DEPARTMENT OF REVENUE, TERESA G. WHITNEY, KRISTINA K. WARREN, MONTANA BUREAU OF LABOR AND INDUSTRY (BOLI), EMPLOYMENT STANDARDS, COMPLIANCE UNIT, T.J. HUNT, FLATHEAD COUNTY, ERIC

CV 26-06-M-WWM

ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING CLAIMS OF PLAINTIFF WALID WITH PREJUDICE, AND DISMISSING REMAINING CLAIMS WITHOUT PREJUDICE

HUMMEL, BRIAN HEINO, SHERIFF DEPUTIES JOHN DOES 1-10, CITY OF KALISPELL, CHRISTOPHER L. YERKES, WHITEFISH SCHOOL DISTRICT #44, JOSHUA BRANSTETTER, MEGAN PEPE, JOHN AND JANE DOES 1-4, STATE FARM FIRE AND CASUALTY COMPANY, KZARA HADEN, NICHOLAS HUTSON, SANTA PROPERTIES LLC, SEAN SANTA, JOHN SANTA, KEVIN H. NESS, BRIDGER D. DOLAN, SCOTT TREWEEK, TREWEEK FAMILY PARTNERSHIP, TREWEEK CONSTRUCTION COMPANY, and TAMMY SCHMITT,

Defendants.

Plaintiffs Elvis L. Hilliard and Rasta K. Walid lodged a Complaint against the above-named Defendants on January 7, 2026.[1] (Doc. 1). Judge DeSoto made Findings and a Recommendation in this matter on July 1, 2026. Plaintiffs did not object and, therefore, are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

This Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach. Inc.*, 656 F.2d 1309, 1313

[1] The Complaint also names their minor daughter, D.F.K.W., as a plaintiff.

(9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

The Court finds no clear error in Judge DeSoto's Findings and Recommendation (Doc. 14). Accordingly:

**IT IS HEREBY ORDERED** that Judge DeSoto's Findings and Recommendation are **ADOPTED IN FULL.**

Therefore, **IT IS FURTHER ORDERED:**

1. The claims of Plaintiff Walid be DISMISSED WITH PREJUDICE.

2. The remaining claims in the Complaint (Doc. 1) be DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with the Court's orders and all pending motions be terminated.

3. The Clerk of Court is directed to enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

4. The Court certifies that, pursuant to Federal Rule of Appellate Procedure 24(a)(4)(B), any appeal from this disposition would not be taken in good faith.

The Clerk of Court is directed to notify the parties of the making of this order and to enter, by separate document, a judgment of dismissal pursuant to Federal Rule of Civil Procedure 58.

DATED this 14th day of August, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE